AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| United States of America | ) |
|---|---|
| v. | ) Case No. |
|  | ) 2:16-mj-00002 |
| Mark Anthony Levitt | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 16, 2015 through July 14, 2015  in the county of  Kanawha  in the Southern District of  West Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Use of Facility of Interstate Commerce to Entice a Minor to Engage in Criminal Sexual Activity |

This criminal complaint is based on these facts:

From on or about June 16, 2015 to on or about July 14, 2015, in Nitro, Kanawha County, West Virginia, within the Southern District of West Virginia and elsewhere, Mark Anthony Levitt used a facility and means of interstate commerce, that is, a cell phone, to knowingly persuade, induce, entice, and coerce a 14-year-old female to engage in criminal sexual activity for which a person can be charged under West Virginia state law.  West Virginia law prohibits any person from engaging in sexual intercourse or sexual intrusion with another person who is less than 16 years old, and who is at least four years younger than the defendant and is not married to the defendant.  W.Va. Code § 61-8B-5.  Specifically, on or about June 16, 2015, Mark Anthony Levitt used a cell phone to send the following messages to a 14-year-old female:  "I wanna make a video of u sucking my dick ok?", "U gunna let me put it in u today?", "I mean now jus once I gotta know how u feel", "Ill take it right back out promise", "U want this dick?", and "Now erase my messages".

☐ Continued on the attached sheet.

*Complainant's signature*

Christopher D. Hastings, Patrolman, Nitro Police Department
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/08/2016

*Judge's signature*

City and state:  Charleston, West Virginia    Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*