Mark Levitt
1001 centre way
charleston WV 25309



RECEIVED

FILED
FEB 10 2016

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

02-07-2016

Dear clerk

    I am a detainee of the south central Regional Jail, and I am writing your office concerning the legality of my detainment.

    I was initially arrested, and charged with third degree sexual Assault, and distribution of explicit materials by the Nitro Police Department on 09-28-2015.

    On 01-16-2016 I received a letter from kanawha county circuit court informing me that the state of West Virginia was dismissing all charges. Upon receipt of that letter I contacted Jail staff concerning this matter. Jail staff then informed me that a federal detainer had been received in my name.

    As of this date I have not been charged with any crime by any Federal law enforcement official, nor have I received any communication from the Federal Public Defender's office, despite my having written them a letter approximately one week prior to this writing.

    I ask that your office look into this matter. Please request the U.S. Marshal's service to formally charge me with a crime, or to release me from custody. As of this time I am being deprived of my constitutional right to Due Process.

Respectfully,