# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON

**UNITED STATES OF AMERICA**

**v.**  CASE NO. 2:16-mj-00002

**MARK ANTHONY LEVITT**

## MOTION FOR DETENTION HEARING

The United States moves this Court to hold a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

1. <u>Eligibility of Case</u>. This case involves a:

    **_x_**  crime of violence [18 U.S.C. § 3142(f)(1)(a)]

    ____  maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

    ____  10+ year controlled substance offense [18 U.S.C. § 3142(f)(1)(C)]

    ____  felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

    **_x_**  minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

    **_x_**  serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

    **_x_**  serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

2. <u>Reason for Detention</u>. The court should detain defendant because no conditions of release will reasonably assure (check one or both):

    <u> x </u> Defendant's appearance as required

    <u> x </u> Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e). (If yes) The presumption applies because:

    <u>    </u> Probable cause to believe defendant committed 10+ year controlled substance offense, or offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

    <u>    </u> Previous conviction for "eligible" offense committed while on pretrial bond. Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

    <u> x </u> Probable cause to believe defendant committed an offense involving a minor as a victim under 18 U.S.C. § 2422(b).

4. <u>Time for Detention Hearing</u>. The United States requests the court conduct the detention hearing,

    <u>    </u> At first appearance

    <u> x </u> After continuance of 3 days (not more than 3).

5. <u>Temporary Detention</u>. The United States moves the court to detain the defendant during any continuance and pending completion of the detention hearing.

6. Other Matters.

_____

_____

DATED: February 11, 2016

                              CAROL A. CASTO
                              Acting United States Attorney

                              s/Lisa G. Johnston
                              LISA G. JOHNSTON
                              Assistant United States Attorney
                              WV State Bar No. 4917
                              300 Virginia Street, East
                              Room 4000
                              Charleston, WV  25301
                              Telephone: 304-345-2200
                              Fax: 304-347-5104
                              E-Mail: lisa.johnston@usdoj.gov