UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2015
MARCH 8, 2016 SESSION



FILED
MAR - 8 2016
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                          CRIMINAL NO. 2:16-cr-00049
                            18 U.S.C. § 1470
                            18 U.S.C. § 2251(a)
MARK ANTHONY LEVITT         18 U.S.C. § 2251(e)
                            18 U.S.C. § 2252A(a)(2)
                            18 U.S.C. § 2252A(b)(1)
                            18 U.S.C. § 2252A(a)(5)(B)
                            18 U.S.C. § 2252A(b)(2)
                            18 U.S.C. § 2422(b)

I N D I C T M E N T

The Grand Jury Charges:

COUNT ONE

From on or about June 16, 2015 through on or about July 14, 2015, at or near Nitro, Kanawha County, West Virginia, and within the Southern District of West Virginia, and elsewhere, defendant MARK ANTHONY LEVITT using a facility and means of interstate commerce, that is, a cell phone, did knowingly persuade, induce, entice, and coerce an individual, who had not attained the age of 18 years, to engage in any sexual activity for which defendant MARK ANTHONY LEVITT could have been charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

On or about June 16, 2015, at or near Nitro, Kanawha County, West Virginia, and within the Southern District of West Virginia, and elsewhere, defendant MARK ANTHONY LEVITT did knowingly transfer, using a facility and means of interstate commerce, that is, a cell phone, obscene matter to another individual who had not attained the age of sixteen years, knowing that the individual had not attained the age of sixteen years.

In violation of Title 18, United States Code, Section 1470.

## COUNT THREE

On or about June 16, 2015, at or near Nitro, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant MARK ANTHONY LEVITT did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by cell phone, using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT FOUR

On or about June 24, 2015, at or near Nitro, Kanawha County, West Virginia, within the Southern District of West Virginia, and elsewhere, defendant MARK ANTHONY LEVITT did knowingly employ, use, persuade, induce, and entice a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

In violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## COUNT FIVE

On or about July 13, 2015, at or near Nitro, Kanawha County, West Virginia, within the Southern District of West Virginia, and elsewhere, defendant MARK ANTHONY LEVITT did knowingly employ, use, persuade, induce, and entice a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

In violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

COUNT SIX

On or about July 29, 2015, at or near Nitro, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant MARK ANTHONY LEVITT did knowingly possess material, that is, graphic image files, containing images and videos of child pornography, as defined in 18 U.S.C. § 2256(8)(A), that involved a minor and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by cell phone.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

                                        CAROL A. CASTO
                                        Acting United States Attorney

By: _____
        LISA G. JOHNSTON
        Assistant United States Attorney