IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

**v.**                                                        **CRIMINAL NO. 2:16-00049**

**MARK ANTHONY LEVITT**

### SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS AND REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Rule 16.1(a) of the Local Rules of Criminal Procedure, and the Arraignment Order and Standard Discovery Request entered by the Court in this case on March 16, 2016, the United States of America, by counsel, herewith supplements its response to each of defendant's Standard Discovery Requests as follows:

**Request E:** Permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, building or places, or copies or portions of any of those items, if the item is within the government's possession, custody or control, and (i) the item is material to preparing the defense; (ii) the government intends to use the item in its case-in-chief at trial; or (iii) the item was obtained from or belongs to defendant. [Fed. R. Crim. P. 16(a)(1)(E)]

**Response:** Enclosed is the West Virginia State Police Forensic Laboratory Case Submission Form dated February 23, 2016 (LEVITT – 000439).

## REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY

Pursuant to Rules 16.1(b) and 16.1(d) of the Local Rules of Criminal Procedure, the United States of America requests that defendant provide all applicable reciprocal discovery within 14 days of the service of this response and the provision of materials requested by defendant in the Standard Discovery Request.

Respectfully submitted,

CAROL A. CASTO
Acting United States Attorney

s/Lisa G. Johnston
LISA G. JOHNSTON
Assistant United States Attorney
WV State Bar No. 4917
300 Virginia Street, East, Room 4000
Charleston, West Virginia 25301
Telephone: 304-345-2200
E-mail: lisa.johnston@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS AND REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 15th day of April, 2016 to:

>Ann Mason Rigby
>Assistant Federal Public Defender
>Federal Public Defender's Office
>300 Virginia Street, East
>Room 3400
>Charleston, West Virginia 25301

>s/Lisa G. Johnston
>LISA G. JOHNSTON
>Assistant United States Attorney
>WV State Bar No. 4917
>300 Virginia Street, East
>Room 4000
>Charleston, West Virginia 25301
>Telephone: 304-345-2200
>Fax: 304-347-5104
>E-mail: lisa.johnston@usdoj.gov