**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                          **Criminal No. 2:16-cr-00049**

**MARK ANTHONY LEVITT**

<u>**MOTION TO SUPPRESS**</u>

Comes now the defendant, Mark Anthony Levitt, by his attorney, Assistant Federal Public Defender Ann Mason Rigby, undersigned, and respectfully moves this Honorable Court, pursuant to Federal Rule of Criminal Procedure 12, for an Order suppressing all fruits of a warrantless search of and seizure of evidence from Apartment 9 at a building in Nitro, West Virginia ("Apartment 9"), conducted by members of the Nitro Police Department and/or the Kanawha County Bureau of Investigation ("law enforcement") on July 29, 2015. This would include but not necessarily be limited to statements made by Mr. Levitt during the illegal law enforcement search of Apartment 9, the black touch screen LG mobile phone law enforcement illegally seized from the back bedroom of Apartment 9 and data or other evidence recovered therefrom, and any statements Mr. Levitt made following the illegal search of and seizure from Apartment 9. In support of this motion, Mr. Levitt represents as follows on information and belief:

1.      The Fourth Amendment provides that "[t]he right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized." "It is well settled under the Fourth and Fourteenth Amendments that a search conducted without a

warrant issued upon probable cause is 'per se unreasonable . . . subject only to a few specifically established and well-delineated exceptions." *Schneckloth v. Bustamonte*, 412 U.S. 218, 219 (1973).

2. On July 29, 2015, law enforcement entered Apartment 9, entered the back bedroom of that Apartment, and seized a black touch screen LG mobile phone.

3. Law enforcement had no warrant to search Apartment 9.

4. No one at Apartment 9 voluntarily consented to law enforcement entering Apartment 9, entering the back bedroom of Apartment 9, or seizing the mobile phone, and there was no other legal justification for these intrusions.

**WHEREFORE**, for the foregoing reasons and such others as may be advanced at a hearing on this motion or in briefing to follow that hearing, Mr. Levitt respectfully requests that this Honorable Court enter an Order suppressing any and all evidence that resulted from the July 29, 2015 events at Apartment 9.

Respectfully submitted this 1st day of June, 2016.

**MARK ANTHONY LEVITT**

By Counsel

**CHRISTIAN M. CAPECE**
**FEDERAL PUBLIC DEFENDER**

**s/ Ann Mason Rigby**
**Ann Mason Rigby, DC Bar No. 491902**
**Assistant Federal Public Defender**
**United States Courthouse**
**300 Virginia Street, East, Room 3400**
**Charleston, WV 25301**
**Telephone: (304) 347-3350**
**Facsimile: (304) 347-3356**
**E-mail: ann_rigby@fd.org**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Criminal No. 2:16-cr-00049**

**MARK ANTHONY LEVITT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **MOTION TO SUPPRESS** has been

electronically filed with the Clerk of Court this date using the CM/ECF system and served upon

opposing counsel as follows:


**VIA CM/ECF:**          Lisa G. Johnston
                         Assistant United States Attorney
                         United States Courthouse, Room 4000
                         300 Virginia Street East
                         Charleston, West Virginia 25301
                         Email:  lisa.johnston@usdoj.gov


**DATE**:  June 1, 2016                    **s/ Ann Mason Rigby**
                                           **Ann Mason Rigby, DC Bar No. 491902**
                                           **Assistant Federal Public Defender**
                                           **Attorney for Defendant**
                                           **United States Courthouse**
                                           **300 Virginia Street, East, Room 3400**
                                           **Charleston, WV 25301**
                                           **Telephone: (304) 347-3350**
                                           **Facsimile: (304) 347-3356**
                                           **E-mail:  ann_rigby@fd.org**