1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

3    AT CHARLESTON

4    _____x

5    UNITED STATES OF AMERICA,    :   CRIMINAL ACTION
                                  :
6                    Plaintiff,   :   NO.  2:16-cr-00049
                                  :
7                    -vs-         :
                                  :
8    MARK ANTHONY LEVITT,         :
                                  :
9                    Defendant.   :
     _____x

10

11   **TRANSCRIPT OF**
     **ARRAIGNMENT AND DETENTION HEARING**
     **BEFORE THE HONORABLE DWANE L. TINSLEY,**
12   **UNITED STATES MAGISTRATE JUDGE**
     **MARCH 16, 2016**

13

14   **APPEARANCES:**
     **FOR THE PLAINTIFF:**      **AUSA LISA G. JOHNSTON**
15                               Assistant United States Attorney
                                 U.S. Attorney's Office
16                               P.O. Box 1713
                                 Charleston, WV  25326-1713

17

18   **FOR THE DEFENDANT:**      **AFPD ANN MASON RIGBY**
                                 Assistant Federal Public Defender
19                               Federal Public Defender's Office
                                 300 Virginia Street, East
20                               Room 3400
                                 Charleston, WV 25301

21

         Proceedings recorded by mechanical stenography from
22   CourtSmart, transcript produced by computer.

23                     _____
                       CATHERINE L. SCHUTTE-STANT, RMR, CRR
24                        Federal Official Court Reporter
                        300 Virginia Street East, Room 6009
25                          Charleston, WV 25301
                              (304) 347-3151

1          PROCEEDINGS had before The Honorable Dwane L.

2    Tinsley, United States Magistrate Judge, United States

3    District Court for the Southern District of West Virginia,

4    at Charleston, on March 16, 2016, as follows:   1:58 p.m.

5          COURTROOM DEPUTY CLERK:  All rise.  The United

6    States District Court for the Southern District of West

7    Virginia is now in session.  The Honorable Dwane L. Tinsley,

8    United States Magistrate Judge, presiding.

9        Please be seated and come to order.

10         THE COURT:  Good afternoon.

11         GROUP RESPONSE:  Good afternoon, Your Honor.

12         THE COURT:  We're here this afternoon in the

13   matter of the *United States of America versus Mark Anthony*

14   *Levitt*, Case Number 2:16-cr-00049.  Would counsel please

15   note their appearances for the record, please.

16         MS. JOHNSTON:  Lisa Johnston on behalf of the

17   United States.

18         THE COURT:  Ms. Johnston.

19         MS. RIGBY:  Ann Mason Rigby on behalf of Mr.

20   Levitt.

21         THE COURT:  Thank you, Ms. Rigby.

22         Mr. Levitt, will you please rise and take an oath.

23         **MARK ANTHONY LEVITT, THE DEFENDANT, SWORN**

24         THE COURT:  Mr. Levitt, you have the right to

25   remain silent.  Anything that you say can be used against

1    you.  Would you please state your full name for the record.

2           THE DEFENDANT:  Mark Anthony Levitt.

3           THE COURT:  And, Mr. Levitt, have you received a

4    copy of the indictment?

5           THE DEFENDANT:  Yes.

6           THE COURT:  Have you read the indictment?

7           THE DEFENDANT:  Yes.

8           THE COURT:  Do you understand the indictment and

9    what you're charged with?

10          THE DEFENDANT:  I do.

11          THE COURT:  Have you had an opportunity to discuss

12   the charges in the indictment with your attorney, Ms. Rigby?

13          THE DEFENDANT:  (No audible response.)

14          THE COURT:  Would you like for me to read the

15   indictment out loud to you this afternoon?

16          THE DEFENDANT:  (No audible response.)

17          THE COURT:  As to the charges contained in this

18   indictment, how do you plead?

19          THE DEFENDANT:  Not guilty.

20          THE COURT:  Mr. Levitt, your case is assigned to

21   Judge Copenhaver.  Your trial is scheduled for May 10th,

22   2016, at 9:30 a.m., here in Charleston.

23       There will be a hearing on pretrial motions on April

24   22nd, 2016, at 1:30 p.m.; also here in Charleston.

25       You have the right to be present at that hearing on

1  pretrial motions or you can give up that right to attend;

2  which would you prefer?

3          THE DEFENDANT:  I'll -- (recording inaudible.)

4          THE COURT:  Excuse me?

5          THE DEFENDANT:  Attend.

6          THE COURT:  You will attend.  All right, thank

7  you, sir.  You may be seated.

8      The parties have initialed the standard discovery

9  requests.  Other pretrial motions are due on April 15, 2016.

10  Proposed jury instructions and proposed voir dire questions

11  are due on May 4th, 2016.  And a witness list is due in

12  chambers on May 6th, 2016.

13      Be sure that Judge Copenhaver's law clerk gets a copy

14  of all motions at the time the originals are filed in the

15  clerk's office.  Counsel are also directed to give 30 day's

16  notice to the Marshals Service via writ or ASR for the

17  production of out-of-district, in-custody defendants or

18  witnesses, and to cancel those requests for production if

19  their appearance becomes unnecessary.

20      Now, this defendant was previously detained and

21  remanded to the custody of the United States Marshal, and if

22  there is no reason to change that, Mr. Levitt, you are going

23  to be detained and remanded to the custody of the United

24  States Marshal until further proceedings in this matter.

25      Do you understand that, sir?

| | |
|---|---|
| 1 | THE DEFENDANT:  I do. |
| 2 | THE COURT:  All right.  Is there anything further |
| 3 | from counsel? |
| 4 | MS. JOHNSTON:  No, Your Honor. |
| 5 | MS. RIGBY:  No, Your Honor. |
| 6 | THE COURT:  All right.  If there is nothing |
| 7 | further, we're adjourned. |
| 8 | Good luck to you, Mr. Levitt. |
| 9 | COURTROOM DEPUTY CLERK:  All rise. |
| 10 | This Honorable Court is now in recess. |
| 11 | (Proceedings concluded.) |

```
1                    REPORTER'S CERTIFICATE

2

3          I, Catherine L. Schutte-Stant, Official Court

4    Reporter of the United States District Court for the

5    Southern District of West Virginia, do hereby certify that

6    the foregoing proceedings, which were taken out of my

7    presence, were transcribed by me from an audio-recording to

8    the best of my ability, and said proceedings are a true and

9    accurate transcript from my stenographic notes.  I further

10   certify that pursuant to Section 753, Title 28, United

11   States Code that the foregoing is a true and correct

12   transcript of the stenographically reported proceedings held

13   in the above-entitled matter and that the transcript page

14   format is in conformance with the regulations of the

15   Judicial Conference of the United States.

16                    Date:  June 1, 2016

17

18

19             /s/ CATHERINE L. SCHUTTE-STANT, RMR, CRR
                _____
20              CATHERINE L. SCHUTTE-STANT, RMR, CRR
                FEDERAL OFFICIAL COURT REPORTER
21

22

23

24

25
```